EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA        1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-0036SOM-01/03 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | DATE AND TO EXCLUDE TIME UNDER |
| VS. | ) | SPEEDY TRIAL ACT; ORDER |
| | ) | |
| YOUNG EUN CHUNG,       (01) | ) | |
| SANG MO CHUNG,         (02) | ) | |
| McCully Market, Inc.,  (03) | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO CONTINUE
TRIAL DATE AND TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

Trial herein is currently scheduled for January 24, 2006, Before U.S. District Judge Susan Oki Mollway.

Defendants Young Eun Chung and McCully Market, Inc., are represented by retained counsel William A. Harrison, Esq., of Honolulu, and defendant Sang Mo Chung is represented by retained counsel David F. Klein, Esq., of Honolulu.  Mr. Harrison requires additional time to research the effect on certain licensing and

immigration issues with respect to Young Eun Chung and the corporation that may result from the entry of guilty pleas.  In addition, Mr. Harrison is also currently counsel of record in another criminal case entitled U.S. v. Panlasigui, which is also set for trial on January 24, 2006.  Neither the prosecution nor Sang Mo Chung opposes Mr. Harrison's trial continuance request.

    Based upon the foregoing, it is hereby stipulated and agreed as follows:

        (1)  Trial herein is continued from January 24, 2006 until 9:00 a.m. on April 25, 2006 Before U.S. District Judge Mollway;

        (2) The final pretrial conference is rescheduled for March 28, 2006 at 10:00 a.m. Before Magistrate Judge Barry M. Kurren;

        (3) Pursuant to 18 U.S.C. 3161(h)(8)(A) of the Speedy Trial Act of 1974, as amended, the ends of justice served by granting this trial continuance outweigh the best interest of the public and the defendants in a speedy trial, in order to preserve continuity of defense counsel and reasonable trial preparation time for both defendants.  Therefore, the time period January 24, 2006 up through and including April 25, 2006 is hereby excluded from time computation.  The time exclusion provided-for

herein applies to all defendants.

    DATED: Honolulu, Hawaii, December 22, 2005.

                        EDWARD H. KUBO, JR.
                        United States Attorney


                        By /s/ Michael K. Kawahara
                           MICHAEL K. KAWAHARA
                           Assistant U.S. Attorney


                        /s/ William A. Harrison
                        WILLIAM A. HARRISON
                        Attorney for Young Eun Chung and
                         McCully Market, Inc.


                        /s/ David F. Klein
                        DAVID F. KLEIN
                        Attorney for Sang Mo Chung



APPROVED AND SO ORDERED
Dated: Honolulu, Hawaii, January 10, 2006



                        /s/ Susan Oki Mollway
                        Susan Oki Mollway
                        United States District Judge



USA v. Chung, et. al., USDC-Hawaii Cr. No. 04-0036SOM-01,-02,-03, Stipulation to Continue Trial and Exclude Time Under the Speedy Trial Act; Order.