EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CRIM. NO. 04-0036SOM-01/03 |
|                                ) | |
|         Plaintiff,   ) | STIPULATION TO CONTINUE TRIAL |
|                                ) | DATE AND TO EXCLUDE TIME UNDER |
|    VS.                ) | SPEEDY TRIAL ACT; ORDER |
|                                ) | |
| YOUNG EUN CHUNG,       (01) ) | |
| SANG MO CHUNG,         (02) ) | |
| McCully Market, Inc.,   (03) ) | |
|                                ) | |
|         Defendants.   ) | |
| _____) | |

**STIPULATION TO CONTINUE
TRIAL DATE AND TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

Trial herein is currently scheduled for April 25, 2006, before U.S. District Judge Susan Oki Mollway.

Defendants Young Eun Chung and McCully Market, Inc., are represented by retained counsel William A. Harrison, Esq., of Honolulu, and defendant Sang Mo Chung is represented by retained counsel David F. Klein, Esq., of Honolulu.  Mr. Harrison requires

additional time to research the effect on certain licensing and immigration issues with respect to Young Eun Chung and the corporation that may result from the entry of guilty pleas.  In addition, Mr. Harrison is also currently counsel of record in other criminal cases entitled <u>State v. Antonio</u> and <u>State v. Ferguson</u>, both of which are also set for trial during the week of April 25, 2006.  Neither the prosecution nor Sang Mo Chung opposes Mr. Harrison's trial continuance request.

Based upon the foregoing, it is hereby stipulated and agreed as follows:

(1)  Trial herein is continued from April 25, 2006 until 9:00 a.m. on May 16, 2006, Before U.S. District Judge Mollway;

(2) The final pretrial conference is rescheduled for April 24, 2006, at 10:00 a.m. before Magistrate Judge Leslie E. Kobayashi;

(3) Pursuant to 18 U.S.C. 3161(h)(8)(A) of the Speedy Trial Act of 1974, as amended, the ends of justice served by granting this trial continuance outweigh the best interest of the public and the defendants in a speedy trial, in order to preserve continuity of defense counsel and reasonable trial preparation time for both defendants.  Therefore, the time period beginning April 25, 2006, up through and including May 16, 2006, is hereby excluded

from time computation.  The time exclusion provided for herein applies to all defendants.

    DATED: Honolulu, Hawaii, April 24, 2006.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By /s/Michael K. Kawahara
                                    MICHAEL K. KAWAHARA
                                    Assistant U.S. Attorney


                                /s/William A. Harrison
                                WILLIAM A. HARRISON
                                Attorney for Young Eun Chung
                                  and McCully Market, Inc.


                                /s/David F. Klein
                                DAVID F. KLEIN
                                Attorney for Sang Mo Chung


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; May 11, 2006.

_____
Susan Oki Mollway
United States District Judge


USA v. Chung, et. al., USDC-Hawaii Cr. No. 04-0036SOM-01,-02,-03, Stipulation to Continue Trial and Exclude Time Under the Speedy Trial Act; Order.