

# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

| | |
|---|---|
| PJKK Federal Building | (808) 541-2850 |
| 300 Ala Moana Blvd. | FAX (808) 541-2958 |
| Room 6-100 | |
| Honolulu, Hawaii  96850 | |

August 14, 2006

The Honorable Susan Oki Mollway
United States District Judge
300 Ala Moana Blvd.
Honolulu, HI 96850

      Re:  <u>USA v. Sang Mo Chung</u>, USDC-Hawaii Cr. No. 04-0036SOM-01.

      COP hearing: 8/16/06 at 9:00 a.m.

Dear Judge Mollway:

    Defendant Sang Mo Chung has been charged in Count 1 of the indictment (copy attached) with sale of drug paraphernalia at McCully Market on or about October 24, 2003. David Klein, Esq., retained counsel for Mr. Chung, has advised of defendant's intent to enter an unconditional plea of guilty to Count 1. There is no plea agreement in this case.

    The statutory penalty for Count 1 is a term of imprisonment of up to three (3) years, a fine of up to $250,000, or both, and a discretionary term of supervised release of up to one year in addition to any imprisonment term adjudged. <u>See</u> 21 U.S.C. 863(b), 18 U.S.C. 3571 & 3581, and U.S. Sentencing Commission Guideline 5D1.2.

                    Very Truly Yours,

                    EDWARD H. KUBO, JR.
                    United States Attorney

               By _____
                    MICHAEL K. KAWAHARA
                    Assistant U.S. Attorney

cc:  David Klein, Esq.
      FAX: 599-1645