# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00036SOM

CASE NAME:        USA vs.  (02) Sang Mo Chung

ATTYS FOR PLA:    Michael Kawahara

ATTYS FOR DEFT:   02 David Klein

                                   Margaret Jeffries

JUDGE:     Susan Oki Mollway          REPORTER:    Debra Chun

DATE:      8/16/2006                  TIME:        9:00 - 9:40

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew -

Defendant (02) San Mo Chung present, with interpreter Margaret Jeffries, who was previously sworn.

Defendant sworn.

Questioned.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the charges.

Government summarized the evidence against the defendant.

Guilty Plea as to Count 1 of the Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 12/4/06 @ 1:30 p.m. SOM.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.