```
DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dfklein@gmail.com

Attorney for Defendant SANG MO CHUNG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CR. NO. 04-00036-02 SOM** |
| | ) | |
| Plaintiff, | ) | **DEFENDANT CHUNG'S SENTENCING** |
| | ) | **STATEMENT; CERTIFICATE OF** |
| vs. | ) | **SERVICE** |
| | ) | |
| SANG MO CHUNG,    (02) | ) | **Sentencing Date: 12/04/06** |
| | ) | **Sentencing Time: 1:30 p.m.** |
| Defendant. | ) | **Judge: Hon. Susan Oki** |
| | ) | **Mollway** |
| | ) | |

**DEFENDANT CHUNG'S SENTENCING STATEMENT**

COMES NOW, the Defendant SANG MO CHUNG, by his undersigned attorney and hereby responds to the draft presentence report as follows:

Defendant SANG MO CHUNG has no objections to the draft presentence report.

Dated: Honolulu, Hawaii, October 18, 2006.

```
                              /s/ David F. Klein
                              David F. Klein
                              Attorney for Defendant
                              SANG MO CHUNG
```

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael K. Kawahara                October 18, 2006
mike.kawahara@usdoj.gov


Served by Hand-Delivery:

Anne M. Shimokawa                  October 18, 2006
United States Probation Office
Room 2-215, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850


DATED:  Honolulu, Hawaii, October 18, 2006.


                                   /s/ David F. Klein