```
DAVID F. KLEIN   5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dfklein@gmail.com
```

Attorney for Defendant SANG MO CHUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 04-00036-02 SOM** |
| ) | |
| Plaintiff, ) | **AMENDED CERTIFICATE OF** |
| ) | **SERVICE RE: DEFENDANT** |
| vs. ) | **CHUNG'S SENTENCING STATEMENT** |
| ) | |
| SANG MO CHUNG,    (02) ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**AMENDED CERTIFICATE OF SERVICE**
**RE: DEFENDANT CHUNG'S SENTENCING STATEMENT**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of Defendant Chung's Sentencing Statement, filed on October 18, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael K. Kawahara                October 18, 2006
mike.kawahara@usdoj.gov

<u>Served by Hand-Delivery</u>:

Anne M. Shimokawa                    October 19, 2006
United States Probation Office
Room 2-215, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850


    DATED:  Honolulu, Hawaii, October 19, 2006.


                                         /s/ David F. Klein