PROB 34
(1/92)

**ORIGINAL**

Report and Order Terminating Probation/
Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 03 2007

at 4 o'clock and 15 min. P.M.
SUE BEITIA, CLERK

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.                                    Criminal No. CR 04-00036SOM-02

SANG MO CHUNG

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 12/3/2007, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 3rd day of December, 2007.

SUSAN OKI MOLLWAY
U.S. District Judge