IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-00036 SOM |
| Plaintiff(s), | |
| vs. | |
| SANG MO CHUNG, | |
| Defendant(s). | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2007

at 9 o'clock and 10 min. A.M.
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2005

at 11 o'clock and 59 min.
WALTER A.Y.H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Susan Oki Mollway United States District Judge in the above-entitled case, Passport Number 037531287 issued at LOS ANGELES, CA, on JULY 29, 2000 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 31, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action.

Dated at Honolulu, Hawaii on May 31, 2005.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 12/6/07        Signature: _____
                              Owner of Passport